IN THE UNITED STATES DISTRICT
COURT FOR THE WESTERN DISTRICT
OF TENNESSEE EASTERN DIVISION

UNITED STATES OF AMERICA

v.                                                   Cr. No. 1:18-cr-10039-001-STA

JORDAN T. LAWRENCE

## ORDER ON SUPERVISED RELEASE VIOLATION

     This cause came on to be heard on April 30, 2019, Assistant United States Attorney Matt Wilson appeared for the government and the defendant was represented by the Assistant Federal Public Defender, Dianne Smothers, who was appointed. The defendant admitted to the allegations 1, 2 and 4 as set forth in the Supervised Release Violation Petitions, Docket Entry 21 and 32. The defendant did not admit to allegation 3 regarding restitution. After questioning the defendant and hearing statements of counsel, the Court accepts the guilty plea as to allegation 1, 3 and 4. The Court ORDERED at this time to hold this matter in abeyance and ORDERED that the defendant is to follow and comply with all conditions of supervised release.

     The defendant is remanded to the custody of the U.S. Marshal's office.

     SO ORDERED this 30th day of April, 2019.

                                                                            **s/ S. Thomas Anderson**
                                                                            S. Thomas Anderson
                                                                            Chief U.S. District Judge